UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80839-CIV-MARRA

DAVID DEUTSCH,

    Plaintiff,

vs.

FULTON, FRIEDMAN & GULLACE, LLP,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, DAVID DEUTSCH, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: October 25, 2012        Respectfully submitted,

        s/ J. Dennis Card, Jr.
        J. Dennis Card, Jr., Esq.
        E-mail: Dcard@Consumerlaworg.com
        Florida Bar No. 0487473
        Consumer Law Organization, P.A.
        2501 Hollywood Boulevard, Suite 100
        Hollywood, Florida 33020
        Telephone: (954) 921-9994
        Facsimile: (954) 921-9553
        Attorney for Plaintiff