UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80839-CIV-MARRA

DAVID DEUTSCH,

    Plaintiff,

vs.

FULTON, FRIEDMAN & GULLACE, LLP,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), DAVID DEUTSCH, Plaintiff herein, voluntarily dismiss with prejudice the above-entitled action as to FULTON, FRIEDMAN & GULLACE, LLP, Defendant herein.

Dated: January 23, 2013

    Respectfully submitted,

    s/ J. Dennis Card, Jr.
    J. Dennis Card, Jr., Esq.
    E-mail: Dcard@Consumerlaworg.com
    Florida Bar No. 0487473
    Consumer Law Organization, P.A.
    2501 Hollywood Boulevard, Suite 100
    Hollywood, Florida 33020
    Telephone: (954) 921-9994
    Facsimile: (954) 921-9553
    Attorney for Plaintiff